Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

Vs.

Dkt. No. 97 CR 341-01 (FJS)

Noel Moodie AKA/Michael Davis

On December 9, 2003 the above named was placed on Supervised Release for a period of Five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Noel Moodie be discharged from Supervised Release.

Respectfully submitted,

Merry Jill Blomquist
Sr. U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 2nd day of March, 2007.

Frederick J. Scullin, Jr.
U.S. District Judge